# EXHIBIT A

# Jenny L. Thornley

2880 Hilltop Road
Springfield, IL 62712
Cell 217-899-6669
jthornley2701@yahoo.com

## EDUCATION:

**University of Illinois at Urbana-Champaign**
  M.A. Political Science - April 2003

**University of Illinois at Urbana-Champaign**
  Labor & legislative law  - May 2012

## PROFESSIONAL EXPERIENCE:

**Illinois State Police Merit Board, Chief Financial Officer & Director of Legislative Policy – November 2013- Current**

- Under direction Of the Executive Director serves as Fiscal Officer, Director of Legislative Policy, and Personnel for the State Police Merit Board.
    - Speaks on behalf of the Executive Director before Governor's office staff, committee hearings and legislators with the authority to commit resources. Cultivating lasting relationships statewide in both chambers of the Legislature. Testify onbehalf of the agency on all issies, including but not limited to
    - Manage a 10-15-million-dollar budget; from initial budget preparation with GOMB, to hearing presentation and budget   implementation.
    - Maintain healthy ongoing relationships with all members of the Legislature and Legislative staff.
    - Serves as interdepartmental liaison in all related fields including CPO and EEO officer regarding procurement. .
- Serves as the Agency Legislative contact on all legislative matters with the General Assembly.
- Manage the daily statutory obligations of the Merit Board including hiring of sworn personnel, discipline, termination of sworn personnel, promotion of all sworn personnel within the Illinois State Police.
- Manage the overall procurement process of the Merit Board acting as the Chief Procurement Officer.
- Audit lead on all auditing of the Illinois State Police Merit Board and its statutory programs.

**IL Policemen's Benevolent Labor Union- Chief Financial Officer & Director of  Legislative Operations  - February 2007 - October 2013**

- Tracked and monitored all impacting legislation starting with the LRB through assignments and committee as well as testifying on behalf of the Association. Worked closely with members of both chambers.
- Director of operations, supervised staff, revised and implement statewide policies for EEO & Ethics programs and Human Resource operations for law enforcement; analyze and evaluate policies and procedures on the state level in conjunction with state and federal laws. Managed a budget of over 10 million.
- On behalf of the Director, serve in a liaison capacity with the Office of the President of the United States; complete special or ongoing assignments, often of a sensitive nature.
- Coordinate with the Governor's office, Bureau Chiefs and other administrative staff to implement plans within the Association; serves as liaison with other code Departments and organizations in the development of program standards, policies and procedures; provides analytical, budget and programmatic expertise on matters relating to law enforcement issues including legislation and policy.
- Supervise a large professional staff through subordinate professional managers; assign reviews and prioritize work; provide direction and supervise subordinate staff; complete annual performance rating of subordinates; establish goals and objectives for budget and legislative guidelines.

**Additional Information-**

- 2019 Loretta Durbin IWIL Democratic Training Academy class President
- Illinois State Police Background Security Clearance
- Illinois task force on Sexual Harassment
- JB Pritzker for Governor (Children Event Coordinator)
- Labor 2018 GOTV liaison
- Heavily involved with the following IL races at a high level, Cheri Bustos, Tammy Duckworth, Susana Mendoza, JB Pritzker, Betsy Dirksen Londrigan, Lauren Underwood, Brenden Kelly, Richard Durbin, Jim Langfelder, Betsy Dirksen-Londrigan,