# EXHIBIT B

# AFFIDAVIT OF JAMES WOLFE

1. My name is James E. Wolfe. I am over the age of 18 and have personal knowledge of the facts set forth in this Affidavit. I am an attorney licensed to practice law in the State of Illinois and a member of the Committee on Character and Fitness for the First District.

2. I am the Chairman & CEO of Knight Partners, LLC which is the holding company for Knight E/A, Inc. (aka Knight Engineers & Architects), a full-service engineering, architecture, design, planning, and management firm that provides services for both private and public clients, including the State of Illinois. My primary office is in Chicago, Illinois.

3. I have known Jack S. Garcia, who is now the Executive Director of the Illinois State Police Merit Board, for approximately ten to twelve years. We initially met when Mr. Garcia, then a Senior Command Officer in the Illinois State Police, was looking for help in designing and building a memorial for Illinois State Police Troopers killed in the line of duty.

4. I have known Jenny Thornley, Fiscal Officer and Personnel Director of the Illinois State Police Merit Board, for approximately three years. I met Ms. Thornley through her husband, Jared Thornley, whom I know through mutual acquaintances residing in Springfield, Illinois.

5. On Monday, January 27, 2020, Ms. Thornley texted me and asked me to call her. I called and left a voicemail. Ms. Thornley returned my call on the morning of Tuesday, 28 January, 2020.

6. Our phone call started with polite conversation and small talk, before Ms. Thornley changed the subject to Mr. Garcia. Paraphrasing that conversation, Ms. Thornley told me that Mr. Garcia really needs to back off, that Mr. Garcia does not know who is he messing with, and that the Governor's office would get involved if Mr. Garcia did not back off. I replied that I did not know what Ms. Thornley was talking about. She then asked me if I would be comfortable calling Mr. Garcia and seeing if he would be willing to back off. I told Ms. Thornley that Mr. Garcia is an adult and I am not comfortable telling him what to do. The conversation proceeded to small talk again for a few minutes before we ended the call, with me again noting that I did not intend to tell Mr. Garcia what to do.

7. After the call with Ms. Thornley, I called Mr. Garcia because I interpreted Ms. Thornley as threatening Mr. Garcia and his reputation.

8. I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct to the best of my knowledge.

State _Illinois_ County _Cook_
Signed Before Me _7_ Day _February_, 20_20_
Notary Public _[signature]_

OFFICIAL SEAL
MELISSA M MULHERN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/22/23

_[signature]_
James E. Wolfe

7th day of February, 2020