# EXHIBIT C

⊕ View up to date information on how Illinois is handling the Coronavirus Disease 2019 (COVID-19) from the State of Illinois Coronavirus Response Site (https://coronavirus.illinois.gov/)

OEIG (/oeig/Pages/default.aspx) ▶ Complaints (/oeig/complaints/Pages/process.aspx)

# Online Complaint

**THIS ONLINE COMPLAINT PAGE HAS A 60 MINUTE AUTO-TIMEOUT.**

**If the complaint is not completed within 60 minutes, the OEIG may not receive your application.**

❋ indicates required field

COMPLAINTS
(/OEIG/COMPLAINTS/PAGES/PROCESS.ASPX)

File a Complaint
(/oeig/complaints/Pages/FileaComplaint.aspx)

**Complaint
Process
(/oeig/complaints/Pages/process.aspx)**

Whistle Blower
Protection
(/oeig/complaints/Pages/WhistleBlower.aspx)

---

### Contact Information

*The OEIG does accept anonymous complaints, however our inability to discuss this matter with you directly may prevent us from investigating this complaint.*

| | |
|---|---|
| Your First Name | Emily |
| Your Last Name | Fox |
| Age | 29 |
| Sex | ○ Male  ● Female |
| Street Address (Include Apt. #/Unit #, if applicable) | 531 Sangamon Avenue East |
| City | Springfield |
| State | IL |
| Zip Code | 62702 |
| Home Phone | 217-786-6243 |
| Business Number | 217-441-1773 |
| Other Number | |
| E-mail | efox@ispmeritboard.org |
| Contact Preference  What is your preferred method of contact? | E-mail |
| Employment  Are you employed by the State of Illinois, a State public university, CTA, Metra, PACE, or RTA? | ● Yes  ○ No |
| Agency of Employment  If yes, which agency? | Illinois State Police Merit Board |
| Job Title | Program Director |
| Complaint Against Agency  Is your complaint against an employee(s), agency, or someone doing business with the | ● Yes  ○ No |

Metra, PACE, or RTA?

| | |
|---|---|
| **Agency** | Governor's Office / CMS |
| If yes, which agency? | |

---

### Other Agencies Notified

| | |
|---|---|
| **Notified Others** | ◉ Yes |
| Have you notified any other Federal, State or local agency of your complaint or filed a lawsuit or grievance related to these matters? | ○ No |
| **Agency Notified** | Notified Springfield Police Department |
| If yes, with which agency did you file a complaint? | |
| **Agency Complaint Number** | |
| What is the complaint number? | |
| **Complaint Resolved** | ○ Yes |
| Has your complaint been resolved? | ◉ No |
| **Resolution Summary** | |
| If yes, briefly summarize the results | |

---

### Previous OEIG Cases

| | |
|---|---|
| **Previous Complaint Filed** | ○ Yes |
| Have you previously filed a complaint with the OEIG? | ◉ No |
| **OEIG Case Numbers** | |
| If yes, please list any known OEIG case numbers | |
| **Related Complaint** | ○ Yes |
| Is this complaint related to your previously filed OEIG complaint? | ○ No |

---

### Consent

*Please be aware that your complaint(s) may be referred to other government agencies including the agency referred to in your complaint.*

| | |
|---|---|
| **Reveal Name in Referral** | ○ Yes |
| If your complaint is referred, do you consent to the release of your identity as the complainant? | ◉ No |
| **Reveal Name in Report** | ○ Yes |
| If the OEIG conducts an investigation and issues a report, do you | ◉ No |

identified as the
complainant in that
report?

---

**Person(s) Against Whom You Are Complaining**

*Please provide as much detailed information about the individual(s) as possible*

| | |
|---|---|
| Subject's First Name | Ann |
| Subject's Last Name | Spillane |
| Subject's Phone | 312-350-0565 |
| Subject's Age | |
| Subject's Sex | ○ Male  ◉ Female |
| Subject's Street Address | |
| Subject's City | Springfield |
| Subject's State | Illinois |
| Subject's Zip | |
| Subject's Agency | Governor's Office |
| Subject's Job Title | General Counsel |
| Subject's Additional Information | |

---

**2nd Person(s) Against Whom You Are Complaining**

| | |
|---|---|
| 2nd Subject's First Name | Kevin |
| 2nd Subject's Last Name | Richey |
| 2nd Subject's Phone | 217-524-7594 |
| 2nd Subject's Age | |
| 2nd Subject's Sex | ◉ Male  ○ Female |
| 2nd Subject's Street Address | |
| 2nd Subject's City | Springfield |
| 2nd Subject's State | Illinois |
| 2nd Subject's Zip | |
| 2nd Subject's Agency | CMS - Risk Management |
| 2nd Subject's Job Title | Workers Compensation Division Manager |
| 2nd Subject's Additional Information | |

| 3rd Person(s) Against Whom You Are Complaining | |
|---|---|
| 3rd Subject's First Name | Scott |
| 3rd Subject's Last Name | Lerner |
| 3rd Subject's Phone | 312-350-0565 |
| 3rd Subject's Age | |
| 3rd Subject's Sex | ⦿ Male  ◯ Female |
| 3rd Subject's Street Address | |
| 3rd Subject's City | |
| 3rd Subject's State | |
| 3rd Subject's Zip | |
| 3rd Subject's Agency | Governor's Office |
| 3rd Subject's Job Title | Deputy General Counsel |
| 3rd Subject's Additional Information | |

| 4th Person(s) Against Whom You Are Complaining | |
|---|---|
| 4th Subject's First Name | Jenny |
| 4th Subject's Last Name | Thornley |
| 4th Subject's Phone | 217-899-6669 |
| 4th Subject's Age | |
| 4th Subject's Sex | ◯ Male  ⦿ Female |
| 4th Subject's Street Address | |
| 4th Subject's City | Springfield |
| 4th Subject's State | Illinois |
| 4th Subject's Zip | |
| 4th Subject's Agency | |
| 4th Subject's Job Title | |
| 4th Subject's Additional Information | |

terminated from her position on June 11, 2020, for theft of time and other misconduct.

---

## Complaint Summary

**❋ Required Field**

| | |
|---|---|
| **Summary of Complaint** ❋ <br><br> Please summarize your complaint including date and time of alleged incident(s) (please attach any available documentation or other evidence in support of your complaint) | Merit Board. The Merit Board would like to contest the workers compensation claim, since the independent investigation proved the injury Thornley is alleging to have occurred in her fraudulently filed workers comp claim in fact did not take place. The Merit Board has been refused the ability to contest Thornley's workers compensation claim and is concerned that Thornley is continuing to be paid after being terminated for cause and is costing the taxpayers of Illinois hundreds of thousands of dollars. The Governor's Office/CMS clearly prioritizes appeasing a criminal rather than |

---

## Witness(es)

*Please list other person(s) who could be a witness to the misconduct you have alleged*

| | |
|---|---|
| Witness First Name | Daniel |
| Witness Last Name | Dykstra |
| Witness Agency | ISP Merit Board |
| Witness Job Title | Chief Legal Counsel |
| Witness Phone | 217-685-9686 |
| Witness Additional Information | |

---

## 2nd Witness

| | |
|---|---|
| 2nd Witness First Name | Micah |
| 2nd Witness Last Name | Costello |
| 2nd Witness Agency | TRISTAR |
| 2nd Witness Job Title | Adjuster |
| 2nd Witness Phone | 770-325-5000 ext. 3421 |
| 2nd Witness Additional Information | |

---

## 3rd Witness

| | |
|---|---|
| 3rd Witness First Name | Jack |
| 3rd Witness Last Name | Garcia |
| 3rd Witness Agency | ISP Merit Board |
| 3rd Witness Job Title | Executive Director |
| 3rd Witness Phone | |



**3rd Witness Additional Information**

Additional Witness(es)

### Attachment(s)

*Additional documents/evidence **pertinent** to this complaint can be attached below.*

**Attachments**

Choose Files | 10 files

Multiple files can be uploaded by holding down Shift or Ctrl while selecting.

Submit    Reset

Illinois law provides that the identity of any individual providing information to an Executive Inspector General shall be kept confidential and may not be disclosed without the consent of that individual or when disclosure of the individual's identity is otherwise required by law. 5 ILCS 430/20-90(a).

Illinois law states that any person who intentionally makes, to an Executive Inspector General, a false report alleging misconduct is guilty of a Class A misdemeanor. 5 ILCS 430/50-5(d).

## Stay Informed

- Alerts & Notices (/Pages/AlertsNotices.a
- Flag Honors (/news/Pages/Flag.asp
- Road Conditions (http://www.gettingarc
- RSS Feeds (http://www3.illinois.g
- Emergencies & Disasters (http://ready.illinois.go

## Featured



(/oeig/publications/Pages/Newsletter.aspx#News)

(/oeig/complaints/Pages/process.aspx)

(/eec)

(/gov/whistleblower/Pages/default.aspx)

(/oeig/Health%20Care%20Fraud/Pages/default.aspx)