# **EXHIBIT D**



# Polygraph Report

| | |
|---|---|
| Date of Report: | February 8, 2020 |
| Date of Exam: | February 8, 2020 |
| Exam Location: | Eagle Eye Polygraph, LLC |
| | 106 W. Wilson Street |
| | Batavia, IL  60510 |
| Examinee: | Jack Garcia |
| Requestor: | Jack Garcia |
| Type of Exam: | Clear Name - Allegation of Sexual Contact |
| Results: | **No Deception Indicated (NDI)** |

On February 8, 2020 Jay E. Cherry, Eagle Eye Polygraph, LLC, conducted a polygraph examination of **Jack Scott Garcia,** date of birth ▮▮▮▮▮▮▮▮ 1961.  Mr. Garcia's identity was confirmed through display of his Illinois driver's license.

The following is background information regarding allegations made against Mr. Garcia:

Mr. Garcia is the Executive Director of the Illinois State Police Merit Board (ISPMB).  He has offices in Springfield and Tinley Park, Illinois.  Mr. Garcia has a subordinate co-worker named Jenny Thornley, Fiscal Officer and Personnel Director of the ISPMB, whom he met in April 2017 through work.  Mr. Garcia alleges that Ms. Thornley has been submitting false claims for overtime pay for an extended period of time, which amounts to a significant amount of unearned pay.  He reported the matter to the Office of the Inspector General (OIG) on January 22, 2020.  On Monday, January 27, 2020, Ms. Thornley allegedly contacted a mutual acquaintance of hers and Mr. Garcia's named James E. Wolfe.  Mr. Wolfe alleges that during a telephone call with Ms. Thornley, she told him to tell Mr. Garcia to back off, that Mr. Garcia did not know who he was messing with, and that the Governor's office would get involved if Mr. Garcia did not back off.  Ms. Thornley subsequently made an allegation that on January 23, 2020, Mr. Garcia touched her right breast with his right hand from behind when they were both in Mr. Garcia's office in Springfield, Illinois.  Mr. Garcia strongly denies this allegation.

The purpose of this polygraph examination was to ascertain whether Mr. Garcia is being honest about not touching Ms. Thornley's breast on January 23, 2020.

Before beginning his pretest interview, Mr. Garcia read and signed a Consent to Interview with Polygraph Form, which included his consent to audio and video record the entire exam. The consent form also indicated his agreement to release the results of this examination and any relevant statements made by him before, during, or after this examination to his legal representation at Loeb & Loeb, LLP, Chicago, Illinois.

A Suitability Questionnaire for Polygraph Examination was reviewed with Mr. Garcia, at which time he was deemed to be mentally, physically, and emotionally fit to undergo polygraph testing. A Polygraph Basic Background Information Questionnaire was also completed with him.

**For the purposes of this test, "that woman" was defined as Ms. Jenny Thornley.**

After his pretest interview, Mr. Garcia was administered a polygraph examination consisting of the following relevant questions:

**Series I:**

1. Did you touch that woman's breast? (Answer: No)

2. Did you touch that woman's breast on January 23, 2020? (Answer: No)

It is the examiner's opinion, based solely upon the examinee's physiological tracings, that Mr. Garcia's polygraph results were "**No Deception Indicated**" (NDI), i.e. he passed the test regarding the above questions and issues.

During his post-test interview, Mr. Garcia was apprised of the results of the test and was asked if he had any questions or concerns, to which he replied "no."

Submitted by:

*[signature: Jay E. Cherry]*

Jay E. Cherry
Illinois Licensed Polygraph Examiner
Federally Certified

2