IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNY THORNLEY, | ) |
|     Plaintiff, | ) ) ) Case No.: 21-cv-01922 |
| v. | ) ) Judge Sharon Johnson Coleman |
| STATE OF ILLINOIS, ILLINOIS STATE POLICE MERIT BOARD, and JACK S. GARCIA, individually, | ) ) ) ) |
|     Defendants. | ) ) |

**DEFENDANT GARCIA'S MOTION FOR ENTRY OF DEFAULT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

Defendant, **JACK GARCIA**, by and through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 55, for entry of default on Mr. Garcia's Counterclaims (Dkt. 18).

1. On April 9, 2021, Ms. Thornley filed a seven-count suit against the Illinois State Police Merit Board, the State of Illinois, and Jack Garcia, who was formally the Executive Director of the Illinois State Police Merit Board. (Dkt. 1).

2. On June 15, 2021, Mr. Garcia filed an Answer, in his individual capacity, denying all of Ms. Thornley's material allegations and asserting counterclaims for defamation and false light. (Dkt. 18). Mr. Garcia's counterclaims were properly served on Ms. Thornley's counsel of record via the Court's electronic filing system. (*Id*).

3. Following a lengthy stay, on May 31, 2023, the Court ordered Ms. Thornley to file her answer to Mr. Garcia's counterclaims by June 30, 2023. (Dkt. 81). To date, Ms. Thornley has failed to answer or otherwise plead. Ms. Thornley has also filed no request for extension of time.

4. As set forth in the attached Affidavit, and pursuant to Fed. R. Civ. P. 55(a), Mrs. Thornley (1) is not an infant, in the military, or an incompetent person; (2) has failed to plead or otherwise defend the action; and (3) has been properly served with the pleading.

WHEREFORE, Mr. Garcia respectfully requests that this Court enter an Order of Default against Ms. Thornley.

Dated: July 6, 2023

Respectfully submitted,

By: /s/ Laura K. McNally
Laura K. McNally
Jeremy D. Margolis
Robin V. Waters
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Tel: (312) 464-3100
Fax: (312) 464-3111
lmcnally@loeb.com
jmargolis@loeb.com
rwaters@loeb.com

*Attorneys for Jack S. Garcia, in his individual capacity*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing on July 6, 2023, and that the foregoing document has also been served via Federal Express mail on the last known address of Ms. Thornley at 2880 Hilltop Road, Springfield, IL 62712.

Dated: July 6, 2023

By /s/ Laura K. McNally
Laura K. McNally
Jeremy D. Margolis
Robin V. Waters
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Tel: (312) 464-3100
Fax: (312) 464-3111
lmcnally@loeb.com
jmargolis@loeb.com
rwaters@loeb.com

*Attorneys for Jack S. Garcia, in his individual capacity*