**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JENNY THORNLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 21-cv-01922 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| STATE OF ILLINOIS, ILLINOIS STATE | ) | |
| POLICE MERIT BOARD, and JACK S. | ) | |
| GARCIA, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF ROBIN V. WATERS**

I, Robin V. Waters, declare and state that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of eighteen (18) and am a licensed attorney in the State of Illinois.

2. Ms. Thornley's counsel of record was properly served with Mr. Garcia's counterclaims on June 15, 2021 via the Court's electronic filing system. (Dkt. 18.)

3. The Court ordered Ms. Thornley to answer by June 30, 2023. (Dkt. 81.)

4. Based upon the official court docket available on PACER, as of this date, July 6, 2023, Ms. Thornley has not answered or otherwise pled.  Ms. Thornley has also not filed any request for relief from the June 30, 2023 deadline.

5. Ms. Thornley is neither an infant, in the military, nor an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ROBIN V. WATERS

Dated:    July 6, 2023