# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jenny Thornley

                Plaintiff,

v.                                    Case No.: 1:21–cv–01922

                                                Honorable Sharon Johnson Coleman

Jack Garcia, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/7/2023. Plaintiff did not appear nor contact the Court. Counsel for defendant Jack Garcia stated that she tried to contact plaintiff by phone last week but the has been assigned to someone else. Counsel for the Illinois Merit Board reported that on June 20, 2023, Magistrate Judge Fuentes entered an order warning plaintiff that failure to appear for the next hearing, the case may be dismissed for want of prosecution. Defendant Jack Garcia's motion for entry of default judgment as to the counterclaims [100] is granted. No appearance necessary on 7/11/2023. Plaintiff has failed to respond and appear as ordered Case is dismissed for want of prosecution. All pending motions are stricken as moot. Civil case terminated. Mailed notice. (ym,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.